```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
MARIE CROSS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-mj-415-EFB |
|---|---|
| Plaintiff, | ) MOTION TO CONTINUE COURT TRIAL; ) and ORDER |
| v. | ) |
| MARIE CROSS, | ) Date:  February 24, 2009 ) Time:  10:00 a.m. ) Judge: Hon. Edmund F. Brennan |
| Defendant. | ) |
| _____ | ) |

    Defendant, Marie Cross, through counsel, Michael Petrik, Jr., Staff Attorney, moves this Court to continue the court trial set for February 24, 2009, at 10:00 a.m., to April 7, 2009, at 10:00 a.m.

    Counsel for Ms. Cross has a conflict with the current trial date, and requires additional time to prepare for the trial. Certified Student Attorney Richard Shoemaker-Moyle, Office of the United States Attorney, has no objection to the new trial date.

/ / /

/ / /

/ / /

/ / /

/ / /

Motion To Continue Court Trial        1        08-mj-415-EFB

```
 1  Dated: February 20, 2009              Respectfully submitted,

 2                                        DANIEL J. BRODERICK
                                          Federal Defender
 3
                                          /s/ M.Petrik
 4                                        _____
                                          MICHAEL PETRIK, Jr.
 5                                        Staff Attorney/Misdemeanor Unit

 6

 7                              O R D E R

 8

 9      IT IS SO ORDERED.

10  Dated: February 23, 2009.
                                          _____
11                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
12
```

Motion To Continue Court Trial              2                08-mj-415-EFB